John Frazier, Jr., an Infant, by Elizabeth Frazier, His Guardian ad Litem, Appellant, *v.* Frederick Reinman, an Infant, by Fred E. Wenzel, His Guardian ad Litem, Respondent.

(Argued April 13, 1931; decided May 12, 1931.)

*Edmond J. Fitzgerald* for appellant.

*Bradley Fuller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Lehman, Kellogg, O'Brien and Hubbs, JJ.